THE STATE EX REL. YOUNG, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Young v. Indus. Comm.*
(2001), 93 Ohio St.3d 1218.]

(No. 01–300—Submitted September 18, 2001—Decided October 31, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Law Office of Thomas Tootle Co., L.P.A.,* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Erica L. Armbrust,* Assistant Attorney General, for appellee Industrial Commission.

*Buckinghanm, Doolittle & Burroughs, L.L.P.,* and *Richard A. Hernandez,* for appellee Freight Sales, Inc.